# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Marlon M.-M. | Case No. 26-CV-00106 (NEB/ECW) |
| Petitioner, | |
| v. | **ORDER** |
| David Easterwood, *in his official capacity as Field Office Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*; Todd M. Lyons, *in his official capacity as Director of Immigration and Customs Enforcement*; Kristi Noem, *in her official capacity as Secretary of Homeland Security*; U.S. Department of Homeland Security; and U.S. Immigration and Customs Enforcement, | |
| Respondents. | |

IT IS HEREBY ORDERED:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Marlon M.-M. by January 13, 2026, certifying the

true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.[1]

2. Respondents' answer should include:

a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims; and

c. Respondents' recommendation on whether an evidentiary hearing should be conducted.

d. Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Andres R.E. v. Bondi*, No. 25-CV-3946 (NEB/DLM), 2025 WL 3146312 (D. Minn. Nov. 4, 2025).

---

[1] The Court notes that certain parts of the Petition appear to request relief before this action is finally resolved—i.e., the Petition requests an order enjoining the Respondents from transferring Marlon M.-M. to a location outside the jurisdiction of this District during the pendency of these proceedings. *See, e.g.*, Pet. at 17. To the extent that counsel for Marlon M.-M. seek any emergency injunctive relief, the Court reminds them of the requirements of, *e.g.*, Local Rule 7.1(d).

3. If Petitioner intends to file a reply to respondent's answer, Petitioner must do so by no later than January 15, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 9, 2026                    BY THE COURT:

                                          s/Nancy E. Brasel
                                          Nancy E. Brasel
                                          United States District Judge