UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MARLON M.M., | Case No. 26-CV-106 (NEB/ECW) |
| Petitioner, | |
| v. | |
| DAVID EASTERWOOD, in his official capacity as Field Office Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement; TODD M. LYONS, in his official capacity as Director of Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, | ORDER |
| Respondents. | |

This matter is before the Court on petitioner Marlon M.M.'s Petition for a Writ of Habeas Corpus. (ECF No. 1 ("Pet.").) Marlon M.M. is a citizen of Nicaragua and asylum-seeker who has lived in the United States since January 2022 when he entered the country without inspection. (*Id.* ¶¶ 10, 24; ECF No. 8 ("Minner Decl.") ¶ 5.) On January 7, 2026, federal officers arrested Marlon M.M. immediately after he appeared before an immigration judge at the Fort Snelling Immigration Court in Fort Snelling, Minnesota

(Pet. ¶¶ 28–30.) He was transferred to a detention facility in Texas the next day. (Minner Decl. ¶ 10.)

The government argues that Marlon M.M. is detained under 8 U.S.C. Section 1225(b)(1) but agrees to his release pursuant to *Make the Rd. New York v. Noem*, No. 25-CV-190 (JMC), 2025 WL 2494908 (D.D.C. Aug. 29, 2025) and *Make the Rd. New York v. Noem*, No. 25-5320, 2025 WL 3563313 (D.C. Cir. Nov. 22, 2025). (ECF No. 7 at 1–2, 7). The Court therefore orders the immediate release of Marlon M.M. in Minnesota but notes that Respondents' arguments to the contrary are preserved for appeal.

## CONCLUSION

Based on the foregoing and on all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. Marlon M.M.'s Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;

2. Respondents must release Marlon M.M. from custody immediately in Minnesota, subject to the conditions of his January 18, 2022 Order of Release on Recognizance; and

3. Respondents must, within **five days**, provide the Court with a status update concerning Marlon M.M.'s release.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 15, 2026　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/Nancy E. Brasel
　　　　　　　　　　　　　　　　　　　　Nancy E. Brasel
　　　　　　　　　　　　　　　　　　　　United States District Judge