# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Marlon Jose Mejia-Medina,<br><br>Petitioner,<br><br>v.<br><br>David Easterwood, Todd M. Lyons, Kristi Noem, U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement,<br><br>Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 26-cv-106 NEB/ECW |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Marlon M.M.'s Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;

2. Respondents must release Marlon M.M. from custody immediately in Minnesota, subject to the conditions of his January 18, 2022 Order of Release on Recognizance; and

Date: 1/17/2026                                                                                          KATE M. FOGARTY, CLERK